MURDOCK, Justice
(dissenting).
For the reasons explained in my special writings in Cadle Co. v. Shabani, 4 So.3d 460, 463 (Ala.2008) (Murdock, J., dissenting), and Ex parte Alabama Department of Transportation, 6 So.3d 1126, 1128 (Ala. 2008) (Murdock, J., dissenting), I respectfully dissent. See also Alabama Dep’t of Pub. Safety v. Ogles, 14 So.3d 121, 126 (Ala.2009) (Murdock, J., dissenting), and Alabama Dep’t of Corr. v. Montgomery County Comm’n, 11 So.3d 189, 194 (Ala. 2008) (Murdock, J., dissenting).
COBB, C.J., concurs.